Case 5:23-cv-00092-H   Document 1   Filed 04/25/23   Page 1 of 5   PageID 1

FILED
April 25, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

5:23-CV-092-H

*unhealthy Living conditions*
*inhuman Living Standards*

To Whom it May Concern,

Hi my name is Chad C. Adolph and I am in Hale County Jail in Plainview Tx, 79072. I am in SE 104 and the conditions that the inmate are living in are horriable. All the cell in SE and SW they have mold in them and the fausets in them only the cold side works and the hot doesn't or the hot works and the cold doesn't work. Some of the the toilets are leaking from the bottom of the toilet and water runs in your cell. Every other week they have to get a plumber to come out because the drains in the hall are always getting stopped up and the sewer water + waste comes up from the drains. It's smells up all of SE and SW cells and they let it stay there some times 30 to 45 min. before they come and clean it up.

I send two letters to the Complaint Inspector Texas Commission on Jail Standards and haven't heard anything back from them yet because I think that Hale County Jail send what mail they want to send out and get reid of the mail that they don't want to send out. I have a promblem that the nurse they have here is not a Registered Nurse. She is just a guard here. That is against the law because she is not a Registered Nurse. She and the other guards pass out the medacations to the inmate morning and evening when they are

Not Nurses are Doctors. When you fill out a Inmate Request for Medical Attention Form they give you the paper and then you give it back to the guard and then to the Nurse. They put the form down and all the other guards can see why you need to see the Nurse. That is suppose to be Confidertional and only between you and the Nurse or Doctor. The Nurse/guard tell the other guards about what's going on with other inmates and that is against the Hippo Law and against the Law. From the Hale County Court to the Hale County Jail and Plainview Police Department and the Hale County Sheriff's Department are very very corrupt.

P.S. I would love to hear back from someone on these's matters please. Thanks again

CHAD C. Adolph  SE104            God bless you,
SO#54351                         Chad C. Adolph
Hale County Jail
Plainview Tx 79072               Chad C Adolph

The Family Attorney is aware of what is going on and is going to monitor the situation.

These are my witnesses on my behalf.
Austin A Cansino  108 SE 8 SO# 48215

iT's Black mold and iT is afecting my breathing. I also sat with L.T. Jorge Bernal about these matters and nothing has been addressed. IT's Still the Same after Talking To L.T. Jorge Bernal, they have Flying insect that are in the Cells and Ents are in some of the Cells. IT's inhuman for human To live like this and this Jail should be Condemned and Shout down. that's why the Sheriff What's a new Jail.

I have a Case in Hale County where the Victim has a Aunt that is the County Clerk of Hale County and her father Ran The election office. they all work in the Same office with the DA's office and the Judges. I think iT is a Conflict of INTerest. I been in Jail cent 02-09-2023 and I shouldn't be here. I have proof that I am not Suppose To be here. The DA is Trying To Come up with I'll kind of stuff To keep me in Jail. All of Hale County + Plainview Police Department is Corrupt. thanks again

Chad C. Adolph SE104
SO# 54351
Hale County Jail

God Bless you,
Chad C. Adolph
Chad C. Adolph

my phone number is 806-994-6079
1500 Yonkers Apt 203
Plainview Tx 79072

CHAD C Adolph SO#54351
1900 S. Columbia
Plainview Tx 79072

Legal
INDIGENT
mail

George H. Mahon Federal Building
(Federal Court)
1205 Texas Ave.
Lubbock Tx 79401

RECEIVED
APR 25 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

