UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CHAD C. ADOLPH,
Institutional ID No. 54351

        Plaintiff,

v.

                                             No.  5:23-CV-00092-H

HALE COUNTY JAIL,

        Defendant.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated August 17, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge